IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT AND MAGISTERIAL
DISTRICT 32-2-47 OF PENNSYLVANIA

DAMION WHITAKER
PLAINTIFF

CP-23-CR-5797-2018

V.

BRANDY GRAY
OFF: JENNA LONG #4665
OFF: NICHOLAS TOKONITZ #4629
TWP-BOROUGH-POLICE DEPARTMENT
of
YADON, PENNSYLVANIA
DELAWARE COUNTY of PENNSYLVNIA
D.O.C -CAMP HILL - MEDICAL SERVICES
- BETH HERB - HEATH CAR ADMINISTRATOR
CORRECTION INSTITUTIONAL SAFETY MANAGER
- GREGORY CARBAUGH
DEPUTY SUPERINTENDENT DIAGNOSTIC CENTER
- SHAWN KEPHART
LICENSED PSYCHOLOGY MANAGER
- GREGORY PIOTICA - DR. ELICIA STEIN
NURSE-PERSONEL STAFF - ALL
LICENSED PSYCHOIOGIST MANAGER
- GREGORY PIOTICA
- PSYCH-EMPOYE PERSONEL -ALL
- LAUREL HARRY - KEITH CARBERY
JOHN E. WETZON

FILED
HARRISBURG, PA
FEB 07 2019
PER ___
DEPUTY CLERK

= Article 25 § 1983 = Jenks Act violation P.4181-
- Challenge sentencing calculations/guildlines
*

Tort Actions
Fall into two categories
- intentional tort and <u>negligence</u>

Medical Malpractice's - Must violate a "Duty of Care" And It must cause harm that is within the class of reasonably foreseeable hazards that the duty exists to prevent. Sanchez v. State of New York, 99 N.Y.2d at 252; see Palay v. US., 349 F.3d 418, 433-34 (7th Cir. 2003) Discussing foreseeability); Downey v. Denton County, Texas, 119 F.3d 381, 387-88 (5th Cir 1997)(same)

* State Medical staff
Ashker v. California Dept of Corrections, 112 F.3d 392 (9th Cir. 1997)



# NOTICE OF ARTICLE 78
## § 1983

AND NOW COMES, DAMION WHITAKER BRING FORTH § 1983 claim FOR RELIEF CP-23-CR-5797-2018 THE FINAL ORDED WAS ENTERED ON ___ DAY of JANUARY 2020.

ON the DAY of MAY 19, 2018 I was arrested AND Prossercuted by NOVEMBER 8, 2019 by A Jury of 12. AND WAS found Guilty of POSS-INTrument of CriM, Simple Assault § 2701 A3, Strangulation 2718 § A1 -M2, Institu'l Vand'ism Educ Facil 3307 A3. NEXT I WAS sentence to 48-132 MONths under WEAPON ENHANCEMENT for (POSSESON of A weapon of crime) Illeguly adon 303.10(A)3i StAte that there Shall be NO Deadly weapons ENHANCEMENT for the following charges (1) (POSSESSING of INSTRUMENT of crime).

During the leanth of triial JENNN LONG #4665 office of Boro-Twp-of yeadon, PA testified with out producing ANY StAteMent within Discover, JENK ACT VIOLATION. Office NICholas TOKONITZ #4629 testified that he was a witness At trail, Prior to trail he testified Preliminary Page 411-417 that he was testifing to what Otheir officer HAD told him, PURJORY uNDer OATh testiMONY

SCI-Camp Hill
P.O. Box 200
Camp Hill, PA 17001-0200

INMATE MAIL

RECEIVED
HARRISBURG, PA
FEB 07 2019
PER _____
DEPUTY CLERK

1 of 2

Office of the Clerk
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. Courthouse
228 Walnut Street
Harrisburg PA 17108

17108$2586



U.S. POSTA
ZIP 17011
02 4W
00003456