IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAMION WHITAKER,** | : | Civil No. 1:20-cv-0219 |
| **Plaintiff,** | : | |
| v. | : | |
| **BRANDY GRAY, et al.,** | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

## O R D E R

Before the court is a report and recommendation of Magistrate Judge Carlson (Doc. 6) in which he recommends, following a legally-mandated screening review, that Plaintiff Damion Whitaker's complaint be dismissed without prejudice to filing a new complaint. Objections to the report and recommendation were due on February 25, 2020, and to date, no objections have been filed.[1]

In considering whether to adopt a report and recommendation when no objections have been filed, the court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the report for clear error). Following an independent review of the record, the court is satisfied

---

[1] Instead, Plaintiff has filed four largely indecipherable documents (Docs. 7-10) that purport to be orders and fail to address the substance of the report and recommendation.

that the report and recommendation contains no clear error and will therefore adopt the recommendation.

Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The report and recommendation of the magistrate judge (Doc. 6) is **ADOPTED**;

2) Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** to the plaintiff endeavoring to correct the defects cited in the report and recommendation **WITHIN 20 DAYS** of the date of this order.

3) The Clerk of Court is **DIRECTED** to close this case.

s/Sylvia H. Rambo  
SYLVIA H. RAMBO  
United States District Judge

Dated: April 2, 2020